```
Robert R. Pohls (California Bar #131021)
Stacey L. Leask (California Bar #233281)
POHLS & ASSOCIATES
One Walnut Creek Center
100 Pringle Avenue, Suite 235
Walnut Creek, California 94596
Telephone: (925) 937-1773
Facsimile: (925) 937-1763

Attorney for Defendant State Farm
Mutual Automobile Insurance Company
```

```
                                    FILED
                                  SEP - 6 2005
                               RICHARD W. WIEKING
                             CLERK, U.S. DISTRICT COURT
                          NORTHERN DISTRICT OF CALIFORNIA
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN REILLY, <br><br> Plaintiff, <br><br> vs. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, <br><br> Defendant. | Case No. C05-2855 MHP <br><br> **STIPULATION AND ORDER RE SUBMISSION OF PLAINTIFF'S MOTION TO REMAND FOR RULING WITHOUT ORAL ARGUMENT** <br><br> DATE: September 12, 2005 <br> TIME: 2:00 p.m. <br> COURTROOM: 15 (Hon. Marilyn Hall Patel) |

## STIPULATION

IT IS HEREBY STIPULATED, by and between plaintiff John Reilly and defendant State Farm Mutual Automobile Insurance Company, through their respective attorneys of record herein, that plaintiffs' pending motion to remand this matter be submitted for ruling without oral argument.

BAUM & WEEMS

_____
Robert C. Weems
Attorneys for Plaintiff John Reilly

POHLS & ASSOCIATES

_____
Robert R. Pohls
Attorneys for Defendant State Farm
Mutual Automobile Insurance Company

STIPULATION AND ORDER RE SUBMISSION OF PLAINTIFF'S
MOTION TO REMAND FOR RULING WITHOUT ORAL ARGUMENT
Case No. C05-2855 MHP
Page 1

## ORDER

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the hearing on plaintiff John Reilly's motion to remand which currently is set for September 12, 2005 be and hereby is VACATED.

DATED: September 6, 2005

_____
Hon. Marilyn Hall Patel
United States District Court Judge